IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PAUL J. CLEMENTS, #1267074 | § | |
| VS. | § | CIVIL ACTION NO. 6:10cv639 |
| WARDEN WESENER, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Paul J. Clements, a prisoner confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the cause of action should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). The Plaintiff responded by filing a document entitled "Motion Requesting Specific Performance," which was docketed as objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 29th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**